# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEFINA MARICHAL,<br>Individually and on Behalf of All Other Persons<br>Similarly Situated,<br><br>           Plaintiff,<br><br>      -against-<br><br>ATTENDING HOME CARE SERVICES, LLC,<br>DAVID INZLICHT, GWENDOLYN RODRIGUEZ,<br>DENISE RODRIGUEZ AND JOHN DOES #1-10,<br><br>         Defendant. | Docket No. 17 CV 6756 (SJ)(RER) |

### COURT AUTHORIZED NOTICE OF LAWSUIT

If you worked for ATTENDING HOMECARE SERVICES, LLC ("AHS"), as a home health aide at any time from January 1, 2015 through and including October 12, 2015, please read this Notice.

***Important: You are NOT being sued.  This Notice is NOT a solicitation from a lawyer.
The Court authorized this Notice.***

***IF YOU HAVE QUESTIONS ABOUT THIS NOTICE YOU MAY CALL THE
LAW OFFICE OF WILLIAM COUDERT RAND at 212-286-1425***

The purpose of this Notice is to advise you that a collective action lawsuit has been filed against the Defendants and to inform you of your legal rights in connection with that lawsuit (hereinafter, the "Lawsuit").

- Plaintiff, Josefina Marichal ("Plaintiff"), is a former employee of AHS, where she worked as a home health aide.

- Plaintiff brought this lawsuit against Defendants, AHS, David Inzlicht, Gwendolyn Rodriguez, and Denise Rodriguez, on behalf of among others, herself and all other current and former employees who worked for Defendants as home health aides at any time from January 1, 2015 through and including October 13, 2015.  Plaintiff claims that she received overtime compensation at a rate less than one and one-half times her regular rate of pay, in violation of the Fair Labor Standards Act.

- Defendants deny Plaintiff's allegations of unpaid overtime and further deny any wrongdoing, improper pay practices, or liability to Plaintiff or any other home health aide, and maintain that some or all of the Plaintiff's or putative class members' claims are time-barred.

- The Court has authorized the parties to send out this Notice.  The Court has not decided who is right or who is wrong.  However, your legal rights may be affected, and you have a choice to make now.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| ASK TO BE INCLUDED | If you choose to be included in this collective action, you must complete the consent form at the end of this Notice.  You may then share in any proceeds from a settlement or judgment if those bringing the claims are successful, but you give up any rights to separately sue the Defendants for the same legal claims asserted in this lawsuit. Your complete consent form will be filed with the Court.  Additionally, if you participate in this lawsuit, you may be required to provide information about your employment, such as providing documentation and testimony under oath. Plaintiff's attorneys will assist you with these requirements. |
| DO NOTHING | By doing nothing, you will not be included in this lawsuit. You will retain all of your rights to bring your own claims at a future time, subject to the applicable limitations period, which continues to run. |

### 1. Why did I get this notice?

You received this notice because records show that you may have been employed as a home health aide for AHS at some point from January 1, 2015 through and including October 13, 2015 and worked overtime.

### 2.  What is a collective action and who is involved?

In a collective action lawsuit, one or more persons can bring a lawsuit on behalf of others who have similar claims.  The individual who brought this lawsuit is called the Plaintiff.  The corporate entity and individuals that are being sued are called the Defendants.  One court resolves the issues for everyone who decides to join the case.

### 3.  What is this collective action lawsuit about?

Plaintiff is a former employee of AHS.  Plaintiff brought this lawsuit against Defendants on behalf of among others herself and all other current and former employees who worked for Defendants as home health aides at any time from January 1, 2015 through and including October 13, 2015.  Plaintiff claims that she received overtime compensation at a rate less than one and one-half times her regular rate of pay, in violation of the Fair Labor Standards Act.

Defendants deny Plaintiff's allegations of unpaid overtime and further deny any wrongdoing, improper pay practices, or liability to Plaintiff or any other home health aide and maintains that Plaintiff's and the putative class members claims may be time-barred.

This Notice has been authorized by the Court. The Court has taken no position in this case regarding the merits of Plaintiff's claim, and has made no determinations as to whether Plaintiff, you, or any other individuals are owed any monetary compensation. The Court is not endorsing the merits of this lawsuit or advising you to participate in this lawsuit. You are under no obligation to respond to this notice.

| 4. What is the purpose and effect of this notice? |
| --- |

This notice is for the sole purpose of determining those persons who wish to be involved in this case. If you choose to join this lawsuit, you will be bound by any ruling, settlement, or judgment, whether favorable or unfavorable. If there is a favorable resolution, either by settlement or judgment, and you qualify under the law, you may be entitled to some portion of the recovery.

If the case proceeds as a collective action, the Court resolves the issues for everyone who decides to join the case, and you may be required to establish the damages you claim are owed to you.

| 5. How do I join this collective action lawsuit? |
| --- |

To participate in this lawsuit, you need to fill out the enclosed form called "Consent to Join Lawsuit" and mail it in the enclosed, postage-paid envelope to Plaintiff's Counsel, Law Office of William Coudert Rand. Should the enclosed envelope be lost or misplaced, the Consent to Join form must be sent to:

Law Office of William Coudert Rand
501 Fifth Avenue, 15th Floor          You can also email the Consent to Join
New York, New York 10017              form to wcrand@wcrand.com
Tel: (212) 286-1425

The signed Consent to Join form must be postmarked by [60 days from mailing of original notice]. If your signed Consent to Join form is not postmarked by [60 days from mailing of original notice], you may not be allowed to participate in this lawsuit.

The Consent to Join form will be filed with the Court following Plaintiff's counsel's redaction of your mailing address and email address.

Further information about this Notice or the Consent to Join form can be obtained from Plaintiff's counsel.

Defendants are represented in this matter by:

Littler Mendelson, P.C.
Lisa M. Griffith, Esq.*
Daniel Gomez-Sanchez, Esq.*
290 Broadhollow Road
Melville, NY 11747
* If you decide to join this case, you should not contact Defendants' counsel directly yourself.

**6.  If I choose to join this lawsuit, will I have to participate in any legal proceedings?**

Yes.  If you choose to join this lawsuit, you may be required to provide information and answer questions relating to your employment with AHS.  You may be required to testify under oath at a deposition or at trial, respond to written questions, and produce documents relevant to the case.  For this reason, if you join the lawsuit, you should preserve all documents relating to your employment with AHS currently in your possession.  Plaintiff's attorneys will assist you with these requirements.

**7.  What happens if I do nothing at all?**

You will not be included in this lawsuit and you will not be affected by any settlement or judgment rendered in this case, whether favorable or unfavorable.  You will retain all of your rights to bring your own claim at a future time, subject to the applicable limitations period, which continues to run.

**8.  Can I participate in this collective action lawsuit regardless of my immigration status?**

Yes.  You have a right to participate in this Lawsuit regardless of your immigration status.

**9.  If I join, will there be any impact on my employment?**

No.  Federal law prohibits Defendants from discharging or in any other manner retaliating against you because you join this case.

**10.  Do I have a lawyer in this case?**

Plaintiff is represented by the Law Office of William Coudert Rand.  If you choose to join this Lawsuit, the Law Office of William Coudert Rand will represent you on a contingency fee basis, meaning that you will not owe any attorneys' fees unless Plaintiff is successful and wins the case or obtains a settlement, in which case the Court will determine the amount of attorney's fees to be paid.

You do not have to be represented by the Law Office of William Coudert Rand and may instead hire another attorney of your choosing, at your own expense, or represent yourself *pro se* without the assistance of a lawyer.  If you intend to retain your own lawyer or to represent yourself, you should indicate this on the "Consent to Join Lawsuit" form.  If you send back your form but do not indicate that you intend to retain your own lawyer or to represent yourself, the Court will assume that you want the Law Office of William Coudert Rand to represent you.

**11.  This Notice has been authorized by the Court**

This notice and its contents have been authorized by Magistrate Judge Sanket J. Bulsara of the United States District Court for the Eastern District of New York, located in Brooklyn, New York.  The Court has not yet ruled on whether Plaintiff's claims or Defendants' defenses have any merit.

**PLEASE DO NOT WRITE OR CALL THE COURT OR THE CLERK OF THE COURT ABOUT THIS NOTICE.**

Although the Court has approved the sending of this Notice, the Court expresses no opinion on the merits of the Lawsuit.  If you have any questions, you may contact Plaintiff's attorneys, the Law Office of William Coudert Rand, by telephone at (212) 286-1425 or in writing at the Law Office of William Coudert Rand, 501 Fifth Avenue, 15th Floor, New York, New York 10017, or by email at wcrand@wcrand.com.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSEFINA MARICHAL,
Individually and on Behalf of All Other Persons
Similarly Situated,

                    Plaintiff,

              -against-

ATTENDING HOME CARE SERVICES, LLC,
DAVID INZLICHT, GWENDOLYN
RODRIGUEZ, DENISE RODRIGUEZ AND
JOHN DOES #1-10,
                         Defendants.

**No.: 17 CV 6756 (JBW) (SJB)**

**CONSENT TO JOIN FORM**

# CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of the above styled Fair Labor Standards Act action in my name and on my behalf by Plaintiff's attorney and so designate the representative Plaintiff Josefina Marichal as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with the Plaintiffs' counsel concerning attorney's fees and costs, and all other matters pertaining to this lawsuit.

_____          _____
Printed Name                                              Signature

_____          _____
Street Address                                             Telephone and Email

_____          _____
City, State, Zip Code                                    Date

**PLEASE RETURN THIS FORM FOR FILING WITH THE COURT BY**
_____ [insert date that is 60 days from date of notice mailing].

TO:                           William C. Rand, Esq.
              LAW OFFICE OF WILLIAM COUDERT RAND
                     501 Fifth Avenue, 15th Floor
                       New York, New York 10017
                  Phone: (212) 286-1425; Fax: (646) 688-3078
                         *Attorney for Plaintiff*

| Firmwide:156253402.2 090454.1005

6