

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
dsgomez@littler.com

November 5, 2019

**VIA ECF**

Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Marichal v. Attending Home Care Services, LLC
         Docket No. 17 cv 06756 (JBW)(SJB)

Dear Judge Bulsara:

The parties jointly write to update the Court on the status of the parties' resolution of this matter.  The parties drafted an acceptable settlement agreement, which Plaintiff recently executed.  Defendants will execute the agreement this week, and the parties expect to file a joint motion for approval by Tuesday, November 12, 2019.  Should the Court require further information, the parties will make themselves available for a conference.

Respectfully submitted,

Littler Mendelson, P.C.

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

cc:     All attorneys of record (via ECF)

4822-1881-8732.1 090454.1005